# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>   v.<br><br>J. BURNS, et al.,<br><br>        Defendants. | Case No.  1:20-cv-00489-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FILED JUNE 29, 2020<br><br>[ECF No. 11] |

     Allen Hammler ("Plaintiff"), a state prisoner, is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

     Currently before the Court is Plaintiff's motion for judicial notice and correction, filed on June 29, 2020.  (ECF No. 11.)  Plaintiff contends that he did not receive a copy of his complaint as directed in the Court's June 5, 2020 order.  Plaintiff further requests that the caption of the case be modified to drop "Mr." from the name of Defendant J. Burns.  In the interest of justice, the Court will grant Plaintiff's request and provide a copy of the complaint filed on April 6, 2020, and delete the reference to "Mr." in the caption.  However, Plaintiff is advised that no further copies of the complaint will be provided unless the proper fee is submitted.  See 28 U.S.C. § 1914(a).

///
///
///

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of the complaint filed on April 6, 2020 (ECF No. 1);

2. Plaintiff is granted thirty (30) days from the date of service of this order to file objections to the pending Findings and Recommendations; and

3. No further extensions of time will be granted absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated: **June 30, 2020**

UNITED STATES MAGISTRATE JUDGE

2